IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BBC Chartering & Logistic GmbH & Co. KG, | ) ) | |
| Plaintiff, | ) ) | No. 08 CV 2279 |
| v. | ) ) | Honorable Judge Zagel |
| Rotec Industries, Inc. | ) ) | Magistrate Judge Nolan |
| Defendant, | ) ) | |

ROTEC INDUSTRIES, INC.'S
MOTION TO VACATE AND FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, Rotec Industries, Inc., by and through its attorneys, John C. O'Rourke, Jr. and Patrick J. Enright, and move this Honorable Court to vacate any and all technical defaults and for an enlargement of time, pursuant to Federal Rule of Civil Procedure 6(b), of twenty-eight (28) days to answer or otherwise plead to Plaintiff's Complaint. Plaintiff's attorney does not object to this Motion.

Respectfully submitted,

Rotec Industries, Inc.

By: /s/ Patrick J. Enright
John C. O'Rourke, Jr., ARDC# 2118289
Patrick J. Enright, ARDC#6274880
O'Rourke, Hogan, Fowler & Dwyer
10 S. La Salle Street
Suite 2900
Chicago, Illinois 60603
Telephone:   (312) 739-3500
Facsimile:   (312) 739-3535
E-Mail:      jorourke@ohfdlaw.com
E-Mail:      penright@ohfdlaw.com