IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BBC Chartering & Logistic GmbH & Co. KG, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 2279 |
| v. | ) ) | Honorable Judge Zagel |
| Rotec Industries, Inc. | ) ) | Magistrate Judge Nolan |
| Defendant, | ) ) | |

## NOTICE OF MOTION

TO:   Stephen J. Moore, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
7730 Carondelet Avenue, Suite 110
St. Louis, MO 63105

PLEASE TAKE NOTICE that on the __28th__ day of __August__, 2008, at __10:15__ a.m./p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 2503, or any other judge as may be holding court in his absence, at the federal courthouse located at 219 S. Dearborn Street, Chicago, Illinois and then and there present Rotec Industries, Inc.'s Motion to Vacate and for Enlargement of Time to Answer or Otherwise Plead, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

O'Rourke, Hogan, Fowler & Dwyer

By: _/s/ John C. O'Rourke, Jr._

John C. O'Rourke, Jr., ARDC# 2118289
Patrick J. Enright, ARDC#6274880
O'Rourke, Hogan, Fowler & Dwyer
10 S. La Salle Street
Suite 2900
Chicago, Illinois 60603
Telephone:   (312) 739-3500
Facsimile:   (312) 739-3535
E-Mail:   jorourke@ohfdlaw.com
E-Mail:   penright@ohfdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon:

Stephen J. Moore, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
7730 Carondelet Avenue, Suite 110
St. Louis, MO 63105

pursuant to ECF as to Filing Users on this 25th day of August, 2008.

                                                                                _____
John C. O'Rourke, Jr., ARDC# 2118289
Patrick J. Enright, ARDC#6274880
O'Rourke, Hogan, Fowler & Dwyer
10 S. La Salle Street
Suite 2900
Chicago, Illinois 60603
Telephone:     (312) 739-3500
Facsimile:     (312) 739-3535
E-Mail:        jorourke@ohfdlaw.com
E-Mail:        penright@ohfdlaw.com