UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

BBC Chartering & Logistics GmbH & Co. K.G.

                                            Plaintiff,

v.                                                                  Case No.: 1:08−cv−02279
Honorable James B. Zagel

Rotec Industries Inc.

                                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion to vacate and motion for extension of time until 9/25/20008 to answer or otherwise plead [11] is granted. Status hearing set for 11/12/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.