**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of BBC Chartering & Logistic GmbH | Case Number: | 08 CV 2279 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Rotec Industries, Inc.

---

NAME (Type or print)
John C. O'Rourke, Jr.

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/John C. O'Rourke, Jr.

FIRM O'Rourke, Hogan, Fowler & Dwyer

STREET ADDRESS 10 South LaSalle Street, Suite 2900

CITY/STATE/ZIP Chicago, IL 60603

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2118289    TELEPHONE NUMBER (312) 739-3500

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                APPOINTED COUNSEL